

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

PATRICK SHANE WELCH,

Appellant,

v.

THE STATE OF TEXAS,

Appellee.

§
§
§
§
§
§

No. 08-14-00116-CR

Appeal from the

97th Judicial District Court

of Clay County, Texas

(TC# 2012-0053C-CR)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.